PER CURIAM.
 

 We have for review
 
 Steadman v. State,
 
 997 So.2d 417 (Fla. 2d DCA 2008) (table), in which the Second District Court of Appeal cited as authority its decision in
 
 Gisi v. State,
 
 948 So.2d 816 (Fla. 2d DCA 2007),
 
 quashed,
 
 4 So.3d 613 (Fla.2009). At the time the Second District issued its
 
 Stead-man
 
 decision,
 
 Gisi
 
 was pending review in this Court. We have jurisdiction.
 
 See
 
 art. V, § 3(b)(3), Fla. Const.;
 
 Jollie v. State,
 
 405 So.2d 418 (Fla.1981).
 

 We stayed proceedings in this case pending our disposition of
 
 State v. Rabedeau,
 
 2 So.3d 191 (Fla.2009) (disapproving the Second District’s
 
 Gisi
 
 decision), and
 
 Gisi v. State,
 
 4 So.3d 613 (Fla.2009) (quashing the Second District’s
 
 Gisi
 
 decision). We then issued an order directing respondent in the present ease to show cause why we should not accept jurisdiction, quash the Second District’s underlying
 
 Steadman
 
 decision and remand for reconsideration in light of our decisions in
 
 Rabedeau
 
 and
 
 Gisi.
 
 Upon considering respondent’s response, and petitioner’s reply thereto, we have determined to so proceed.
 

 We accordingly accept jurisdiction and grant the petition for review in the present case. The decision under review is quashed, and this matter is remanded to the Second District for reconsideration upon application of this Court’s decisions in
 
 Rabedeau
 
 and
 
 Gisi
 

 It is so ordered.
 

 QUINCE, C.J., and PARIENTE, LEWIS, CANADY, POLSTON, LABARGA, and PERRY, JJ., concur.